81,507-03

Mr. Andres Mata
TDCJ-CID #1297972
Connally Unit
899 FM 632
Kenedy, Texas 78119

Court of Criminal Appeals of Texas
Court Clerk
P.O. Box 12308
Capitol Station
Austin, Texas 78711

**RECEIVED IN
COURT OF CRIMINAL APPEALS**

**JAN 1 4 2015**

Re: Ex parte Andres Mata
CCA Writ No. WR-81,507-03

**Abel Acosta, Clerk**

Dear Court Clerk:

In its Response to Application for Writ of Habeas Corpus, the State argues that I did not comply with Texas Rule of Appellate Procedure 73.1 because I did not fill out the spaces on the application form labeled "Petitioner's Information." State's Response, pp. 5-6. The Trial Court did not adopt this finding. I did fill out the spaces provided in the "Inmate's Declaration" section of the application form on page 17. I did sign my name in the "Inmate's Declaration" section also on page 17. I need you to notify me in writing whether my Application for Writ of Habeas Corpus is properly filed under Texas law.

I believe that I did comply with Rule 73.1 because the writ verification instructions on page 16 of the form application specifically state that "for verification purposes, an applicant is a person filing the application on his or her own behalf. A petitioner is a person filing the application on behalf of an applicant, for example, an applicant's attorney." I'm interpreting this text to mean that a person filing the application on his or her own behalf is not a "petitioner" for purposes of verification. That means I don't fill out the "Petitioner's Information" spaces provided in the application.

Please notify me in writing whether my interpretation is correct or whether the State's interpretation is correct. More importantly, please notify me in writing whether my Application for Writ of Habeas Corpus is in compliance with Rule 73.1. Please notify me in writing whether my Application for Writ of Habeas Corpus is properly filed under Texas law.

I need to know whether my Application is properly filed because I wish to seek federal habeas corpus relief if the Court denies my request for habeas relief. Under federal law, my State Habeas Writ Application must be properly filed in order for it to toll AEDPA's one-year statute of limitations. See 28 U.S.C. § 2244(d)(2).

Your prompt attention and prompt assistance on this matter are greatly appreciated. Thank you very much.

Respectfully submitted,

Clerk, Court of Criminal Appeals
Page Two


_Andres Mata_
Andres Mata, Pro Se

_December 29, 2014_
Date




CC:   File.